1 | **LAW OFFICES OF MICHAEL L. CARVER**
Michael L. Carver, SBN 173633
2 | Patricia A. Savage, SBN 236235
1600 Humboldt Road, Suite 3
3 | Chico, CA  95928
Telephone:  (530) 891-8503
4 | Fax:  (530) 891-8512

5 | Attorneys for Plaintiff TONY A. JACOBS,
individually and on behalf of all others similarly
6 | situated

7 | **MORGAN, LEWIS & BOCKIUS LLP**
Eric Meckley, SBN 168181
8 | Ann Marie Reding, SBN 226864
One Market, Spear Street Tower
9 | San Francisco, CA  94105
Telephone:  (415) 442-1000
10 | Fax:  (415) 442-1001

11 | Attorneys for Defendant
GENESCO, INC.

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY A. JACOBS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GENESCO, INC., and DOES 1-10 inclusive,<br><br>Defendant. | Case No. 2:08-CV-01666-FCD-DAD<br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>**[FED. R. CIV. P. 15(a)]** |

Pursuant to Federal Rule of Civil Procedure 15(a) and Eastern District Local Rules 15-220 and 83-143, Plaintiff Tony Jacobs ("Plaintiff" or "Jacobs") and Defendant Genesco, Inc. ("Defendant" or "Genesco") (together hereinafter as the "Parties") hereby stipulate and agree that Plaintiff may amend the Complaint in this matter by filing the First Amended Class Action Complaint attached hereto as Exhibit A.

The First Amended Class Action Complaint is virtually identical to the original Complaint in all respects except that: (a) it includes a new claim for the alleged violation of California Labor Code sections 551 and 552 and a corresponding request for penalties under California Labor Code section 558, (b) it includes a new claim and corresponding Prayer for Relief for penalties under the Private Attorneys' General Act of 2004, as amended (the "PAGA"), Labor Code section 2698, *et seq.*, which is based upon the Labor Code violations alleged in the proposed First Amended Complaint, (c) it eliminates the claim for conversion and claim for punitive damages that were dismissed without leave to amend by the Court in an Order dated September 3, 2008 in response to Defendant's motion to dismiss/motion to strike, and (d) corrects the numbering of paragraphs and various minor typographical errors.

Plaintiff sent certified letters regarding the alleged PAGA claim to the California Labor Workforce Development Agency ("LWDA") and Defendant on or around October 20, 2008 and January 27, 2009.  The LWDA responded in a letter dated March 10, 2009, stating that it did not intend to investigate the allegations in either of Plaintiff's letters.

The Parties have stipulated and agreed to the filing of this First Amended Class Action Complaint as a result, and pursuant to the terms, of a proposed class action settlement to which the Parties have agreed and that Plaintiff will soon be presenting to the Court along with a motion for preliminary approval of class action settlement.

The Parties further stipulate that the First Amended Class Action Complaint shall be deemed served on Defendant on the date the First Amended Class Action Complaint is filed with the Court.

The Parties further stipulate that Defendant shall be required to file a responsive pleading to Plaintiff's First Amended Class Action Complaint <u>only</u> in the event that the Court does not grant preliminary approval or final approval to the Parties' proposed settlement, in which case Defendant shall file its responsive pleading no later than ten (10) days following any Order from the Court denying preliminary approval or final approval.

///

///

**IT IS SO STIPULATED:**

Dated: September 21, 2009

**LAW OFFICES OF MICHAEL L. CARVER**

By _____/S/ Michael L. Carver_____
   Michael L. Carver
   Patricia A. Savage
   Attorneys for Plaintiff
   TONY A. JACOBS

Dated: September 21, 2009   **MORGAN, LEWIS & BOCKIUS LLP**

By _____/S/ Ann Marie Reding_____
   Eric Meckley
   Ann Marie Reding
   Attorneys for Defendant
   GENESCO, INC.

## **ORDER**

    Based on the foregoing stipulation, and in the interests of justice, **IT IS SO ORDERED**. The Court hereby grants Plaintiff leave to file the First Amended Complaint, in the form attached as Exhibit A to the Parties' Stipulation. Plaintiff must file the First Amended Complaint within five (5) Court days of the date of this Order. Defendant shall be required to file a responsive pleading only in the event that the Court does not grant preliminary approval or final approval to the Parties' proposed settlement, in which case Defendant shall file its responsive pleading no later than ten (10) days following any Order from the Court denying preliminary approval or final approval.

Dated: September 22, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE